UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SVETLANA VAN TASSEL, | Case No.  2:25-cv-02792-TLN-CSK |
| Plaintiff, | |
| v. | **ORDER** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302. On April 3, 2026, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 30.)  No objections were filed and the time to do so has passed.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]").  In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The findings and recommendations (ECF No. 30) are ADOPTED IN FULL;

2.      Defendants' motion to dismiss (ECF No. 4) is DENIED as moot;

3.      Plaintiff's motion to remand (ECF No. 7) is GRANTED;

4.      This matter is remanded to the Sacramento County Superior Court; and

5.      The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: May 15, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2